**Order entered March 2, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00784-CR

### CURTIS LAMON HALL, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 3
### Dallas County, Texas
### Trial Court Cause No. F13-63732-J

## ORDER

The Court **REINSTATES** the appeal.

On January 15, 2015, we ordered the trial court to make findings regarding why appellant's brief had not been filed. We have received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeal, we **VACATE** the January 15, 2015 order requiring findings.

We **GRANT** the extension motion and **ORDER** appellant's brief filed as of the date of this order.

/s/     LANA MYERS
         JUSTICE